**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:24-cv-20718-GAYLES**

**NICHOLAS M. MILANO,**

     **Plaintiff,**

**v.**

**PUBLIC HEALTH TRUST**
**OF MIAMI-DADE COUNTY,**

     **Defendant.**

_____/

**FINAL JUDGMENT FOR COSTS**

**THIS CAUSE** comes before the Court on Defendant Public Health Trust of Miami-Dade County's Verified Motion to Tax Costs. [ECF No. 42]. The Court granted the Motion in part by separate order. [ECF No. 46]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is entered in favor of Defendant Public Health Trust of Miami-Dade County and against Plaintiff Nicholas Milano for costs in the amount of $ 3,918.65. Interest is awarded on all costs from the date of this Final Judgment at the statutory rate prescribed by 28 U.S.C. § 1961, for which sum let execution issue.

It is further **ORDERED AND ADJUDGED** that judgment debtor shall complete under oath Florida Rule of Civil Procedure Form 1.977 Fact Information Sheet, including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney, within 45 days from the date of this Final Judgment, unless the Final Judgment is satisfied or post-judgment discovery is stayed.

The Court shall retain jurisdiction to enforce this Final Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of March, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE